MYRTLE REESE, As Executrix of DAVID F. REESE, Deceased, Respondent, *v.* JAMES PRINGLE, Defendant, and MILLER PLACE CORPORATION, Appellant.

Submitted May 20, 1946; decided June 13, 1946.

*Archie H. Brin* for motion.
*George A. Rowland* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, but without prejudice to a renewal thereof after a judgment has been entered.